# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3554

_____

Francisco J. Magana Berganza

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 18, 2014
Filed: August 21, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

El Salvadoran citizen Francisco J. Magana Berganza petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of withholding of removal. Because we are bound by opinions of earlier panels, see Gaitan v. Holder, 671 F.3d 678, 681 (8th Cir. 2012), we are foreclosed from reconsidering this court's determination that the group Berganza proposed was not

cognizable as a particular social group for purposes of withholding of removal, see De Castro-Gutierrez v. Holder, 713 F.3d 375, 380 (8th Cir. 2013) (to qualify for withholding of removal, alien must show that there is clear probability that his life or freedom will be threatened in country to which he is being removed because of, among other things, his membership in particular social group).  The petition for review is denied.  See 8th Cir. R. 47B.

_____